# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3536

_____

United States of America

*Plaintiff - Appellee*

v.

Kevin DeHart

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith Division

_____

Submitted: July 29, 2019
Filed: July 31, 2019
[Unpublished]

_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Kevin DeHart directly appeals after he pled guilty to attempting to entice a minor to engage in sexual activity, and the district court[1] sentenced him to a prison

_____

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas.

term within the calculated Guidelines range. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc) (sentences are reviewed under a deferential abuse-of-discretion standard; discussing substantive reasonableness). In addition, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____